

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 18 CR 401-1 |
| v. | ) | Magistrate Judge: Sidney I. Schenkier |
| Willie Kelley | ) | |

## ORDER

     Initial appearance held. Defendant Willie Kelley appears in response to an arrest on 6/28/18. Defendant advised of charges and penalties available under the law and informed of his rights. The government's unopposed oral motion to unseal the case is granted. The Clerk of the Court is requested to unseal the case. The Court finds defendant is unable to afford counsel. Enter order appointing Cynthia Giacchetti as counsel for defendant. The Government orally moves that the defendant be kept in custody while the case is decided on the grounds that if released he poses a serious risk of flight and danger to the community. By agreement, the parties are to submit their proposed protective order to Judge Schenkier's proposed order box as soon as practicable. The matter is set for a detention hearing and status on preliminary examination hearing before Magistrate Judge Sidney I. Schenkier on 7/05/18 at 3:00 p.m. in Courtroom #1843. Defendant shall remain in federal custody pending the detention and status on preliminary examination hearings or until further order of the Court.

(T: 00:10)

Date: June 28, 2018

/s/ *Sidney I. Schenkier*
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE