# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                           Case No.: 1:18–cr–00401
                                                  Honorable Sidney I. Schenkier

Willie Kelley

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 6, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: as to Willie Kelley (1): Unopposed motion for entry of a protective order governing discovery (doc. #[11]) is granted; no appearance on the motion is required. ENTER ORDER. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.