## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 18 CR 401-1 |
| v. | ) | |
|  | ) | Magistrate Judge: Sidney I. Schenkier |
| Willie Kelley | ) | |

### ORDER

Detention and status on preliminary examination hearings held. Defendant waives preliminary examination hearing. The court enters the finding of probable cause. With respect to the detention hearing, the government's motion seeking detention of defendant is denied. Enter Order Setting Conditions of Release. The Court adopts the Pre Trial Services recommendation. Defendant to be released on a $50,000 unsecured bond, co-signed by Cortezia Patterson. Defendant is ordered released under home electronic monitoring. Third party custodian Cortezia Patterson was admonished in open court. Defendant is to be released after processing.

(T: 00:20)

Date: July 5, 2018

/s/ _____
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE