UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 18 CR 401 |
| | ) | |
| WILLE KELLEY, also known as "Lil Will" | ) | Honorable Sidney I. Schenkier |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the criminal complaint in the above-captioned case, pursuant to Federal Rule of Criminal Procedure 48(a). Defendant does not oppose this motion.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

Dated: September 24, 2018       By:   s/ *Nani M. Gilkerson*
NANI M. GILKERSON
JEANNICE W. APPENTENG
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604