# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | Case No: 18 CR 401-1 |
| v. | ) | |
| | ) | Magistrate Judge: Sidney I. Schenkier |
| Willie Kelley | ) | |

## ORDER

The Government's unopposed motion to dismiss complaint as to Willie Kelley (doc. #28) is granted; no appearance on the motion is required. The case is hereby dismissed without prejudice.

Date:   September 25, 2018

/s/ _____
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE